**Order entered May 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00387-CV

**DESIREE DANIELS BROWN, Appellant**

**V.**

**ENCOMPASS M.P. LLC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00385**

## ORDER

Before the Court is appellant's May 13, 2019 motion to extend time to file brief. Appellant explains the extension is necessary, in part, because she is attempting to settle her dispute with appellee. We **GRANT** the motion and **ORDER** appellant to file, no later than June 17, 2019, either her opening brief or a status report.

/s/    BILL WHITEHILL
       JUSTICE